# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned counsel of record for Appellants states that Michael David Productions, Inc. has no parent corporation, and no public corporation owns ten percent or more of its stock.

 

Respectfully submitted,

/s/Richard S. Busch
Richard S. Busch
rbusch@kingballow.com
KING & BALLOW
1999 Avenue of the Stars, Suite 1100
Century City, CA 90067
(424) 253-1255

*Counsel Attorneys for Plaintiff-Counter Defendant-Appellant and Plaintiff-Counter-Defendant-Counter-Claimant-Appellant*