United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 07, 2023
Docket #: 22-2080cv
Short Title: Rapaport v. Barstool Sports Inc.

DC Docket #: 18-cv-8783
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cave
DC Judge: Buchwald

# NOTICE OF DEFECTIVE FILING

On April 5, 2023 the Brief and Supplemental Appendix volumes 1-5, on behalf of the Appellees Barstool Sports Inc., Kevin Clancy, Eric Nathan, David Portnoy and Adam Smith, were submitted in the above referenced case. The documents do not comply with the FRAP or the Court's Local Rules for the following reason(s):

**__XX____  Failure to submit acknowledgment and notice of appearance** *(Local Rule 12.3)* **– NOTE: Attorney Cestero must file a Notice of Appearance as Additional Counsel form since he appears on the brief. Otherwise, you must remove him from the brief. <u>Also see below.</u>**

_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
**__XX____  Not Text-Searchable** *(Local Rule 25.1, Local Rules 25.2),* **click here for instructions on how to make PDFs text searchable – NOTE: The Appendix volumes are not text-searchable.**
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
**__XX____  Incorrect pagination, click here for instructions on how to paginate PDFs** *(Local Rule 32.1)* **– NOTE: All documents were not paginated. When re-filing, use the same filing events you used previously (<u>I.E. DO NOT USE "Corected" filing events</u>).**

_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
_____ Other: _____

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **April 11, 2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8623.